1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY CANOPY, Inc. | Case No. 2:19- CV-08427-AB (AGRx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| IMPORT FENCE DIRECT INC., et al., Defendants | |

Counsel have advised the Court that this action has been settled.

The Court therefore **ORDERS** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 17, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE