JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY CANOPY, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>IMPORT FENCE DIRECT INC., a California corporation;<br>LONG XIANG SHEN, an individual; and DOE 1 through DOE 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-08427-AB-AGR<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>JUDGE: Hon. Andre Birotte Jr |

ORDER FOR DISMISSAL Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and causes of action against all parties, with each party to bear its own attorney's fees and costs.

Dated: June 21, 2022

_____
Hon. Andre Birotte Jr.
UNITED STATES DISTRICT JUDGE